[No. 38301-9-I.     Division One.     April 14, 1997.]

CHRISTOPHER DEMOPOLIS, *Respondent*, v. SINSHEIMER & MELTZER, INC., P.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-13573-2, Dale B. Ramerman, J., entered March 12, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38343-4-I.     Division One.     April 14, 1997.]

DON JANSEN, *Appellant*, v. WHATCOM COUNTY COUNCIL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-2-01855-4, Steven J. Mura, J., entered February 15, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Kennedy, J.

[No. 38377-9-I.     Division One.     April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN KEITH HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07947-1, Larry A. Jordan, J., entered March 25, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 39203-4-I.     Division One.     April 14, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. M.L., *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-8-00729-3, James H. Allendoerfer, J., entered July 19, 1996. *Affirmed* by unpublished per curiam opinion.